UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------x

LYNN ZELVIN,  :  23-cv-8767 (SHS)

          Plaintiff,  :  <u>ORDER</u>

    -v-  :

SLIDE OUT SHELVES, LLC,  :

          Defendant.  :

------------------------------------------------------------------x

SIDNEY H. STEIN, U.S. District Judge.

    IT IS HEREBY ORDERED that there will be a telephone conference in this matter on Thursday, February 8, at 10:30 a.m. via MS Teams. Counsel shall call 646-453-4442, and use conference ID number 350164307#.

Dated: New York, New York
       February 7, 2024

SO ORDERED:

_____
Sidney H. Stein, U.S.D.J.