UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------x

| | | |
|---|---|---|
| LYNN ZELVIN, | : | 23-cv-8767 (SHS) |
| Plaintiff, | : | ORDER |
| -v- | : | |
| SLIDE OUT SHELVES, LLC, | : | |
| Defendant. | : | |

------------------------------------------------------------------x

SIDNEY H. STEIN, U.S. District Judge.

    A telephone conference having been held today, with counsel for all parties participating,

    IT IS HEREBY ORDERED that this action is dismissed with prejudice. The case may be reinstated by either party on or before March 11, 2024.

Dated: New York, New York
       February 8, 2024

SO ORDERED:

_____
Sidney H. Stein, U.S.D.J.